# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| DAVID MARTIN, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 5:21-cv-229 (MTT) |
| INTERNAL REVENUE SERVICE, *et al.*, | ) |
| Defendants. | ) |

## ORDER

After screening Plaintiff David Martin's complaint pursuant to 28 U.S.C. § 1915A(a) and 28 U.S.C. § 1915(e), United States Magistrate Judge Charles H. Weigle recommends that Martin's claims be dismissed without prejudice. Doc. 10. Martin has not objected to the Recommendation, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation for clear error.

After review, the Court accepts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation (Doc. 10) is **ADOPTED** and made the order of this Court. Accordingly, Martin's claims against defendants are **DISMISSED without prejudice**.[1]

---

[1] The motion to proceed and intervene (Doc. 9) filed by Martin and Charles Singletary, Jr., is **DENIED** as moot. As explained in the Recommendation, Martin does not have standing to raise claims in the interest of third parties. Doc. 10 at 3. Moreover, Singletary may not intervene as a matter of right because he is not "so situated that disposing of the action may as a practical matter impair or impede [his] ability to protect [his] interest." Fed. R. Civ. P. 24(a)(2). Dismissal of Martin's action in no way prevents Singletary from filing his own 42 U.S.C. § 1983 action regarding "forced work." Doc. 9 at 2. Permissive intervention is also inappropriate because a prisoner may not circumvent the Prison Litigation Reform Act ("PLRA")'s filing fee requirement by intervening in another prisoner's civil action. Fed. R. Civ. P. 24(b); *see Hubbard v. Haley,* 262 F.3d 1194, 1197-1198 (11th Cir. 2001) (holding prisoners may not join in an *in forma pauperis* § 1983 action because the PLRA requires separate actions and payment of the full filing fee by each prisoner).

- 2 -

**SO ORDERED,** this 28th day of January, 2022.

                                        S/ Marc T. Treadwell
                                        MARC T. TREADWELL, JUDGE
                                        UNITED STATES DISTRICT COURT