IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

DAVID MARTIN,                                    *

                    Plaintiff,                   *

v.                                                    Case No.   5:21-cv-00229-MTT-CHW
                                                 *

INTERNAL REVENUE SERVICE, et al.,

                                                 *
                    Defendants.

_____                 *

## J U D G M E N T

Pursuant to this Court's Order dated January 28, 2022, having accepted the recommendation of

the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 31st day of January, 2022.

David W. Bunt, Clerk


s/ Tydra Miller, Deputy Clerk